IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


SUE ANN EASTERLING                                      PLAINTIFF

VS.                          CIVIL ACTION NO. 5:15-cv-97(DCB)(MTP)

NATCHEZ-ADAMS SCHOOL DISTRICT                           DEFENDANT


ORDER

    This cause is before the Court on the defendant's motion to
dismiss complaint for insufficiency of process and insufficient
service of process **(docket entry 12)**.  While the defendant's motion
was pending, the plaintiff filed an amended complaint (docket entry
16) and served process on the defendant within the time allowed by
the Court's order extending time for service (docket entry 9).  The
Court therefore finds that the motion to dismiss must be denied.

    Accordingly,

    IT IS HEREBY ORDERED that the defendant's motion to dismiss
complaint for insufficiency of process and insufficient service of
process **(docket entry 12)** is DENIED.

    SO ORDERED, this the 16th day of June, 2016.


                              /s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE