```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

SUE ANN EASTERLING                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 5:15-cv-97(DCB)(MTP)

NATCHEZ-ADAMS SCHOOL DISTRICT                               DEFENDANT

## ORDER

This cause is before the Court on the plaintiff's motion in limine **(docket entry 69)** to prohibit the defendant from providing any argument or evidence that the Equal Employment Opportunity Commission ("EEOC") found that no discrimination or retaliation occurred. The defendant has notified the Court by email that it does not oppose the plaintiff's motion in limine.

Accordingly,

IT IS HEREBY ORDERED that the plaintiff's motion in limine **(docket entry 69)** is GRANTED.

SO ORDERED, this the 19th day of July, 2017.

                                   /s/ David Bramlette
                                   UNITED STATES DISTRICT JUDGE